JOHN WESTMAN, APPELLANT, V. CHARLES CARLSON ET AL., APPELLEES.

FILED MAY 20, 1910. No. 16,015.

Appeal: BRIEFS: WAIVER OF ERROR. On appeal from the district court to the supreme court, an assigned error will be deemed to be waived, where it is not discussed in appellant's brief.

APPEAL from the district court for Saunders county: BENJAMIN F. GOOD, JUDGE. *Affirmed.*

*Tibbets & Anderson,* for appellant.

*John L. Sundean* and *William R. Patrick, contra.*

ROSE, J.

The facts and issues in this case are the same as in *Westman v. Carlson, ante,* p. 847, except in the following particulars: Plaintiff herein was sued in the county court of Saunders county as Peter John Westman, while his real name is John Westman or John Peter Westman,

For failure of the district court to open the county court's judgment, on account of the misnomer suggested, error is assigned in this court. The question, however, is not discussed in plaintiff's brief, and for that reason is deemed to be waived. It follows that the decision in the present case is controlled by the rulings in the case cited.

The judgment of the district court is therefore

AFFIRMED.